Kathleen Crist, Esq. #146197
Attorney at Law
2601 Oakdale Rd., Suite H2, #110
Modesto, CA 95355
(209) 681-1071

Attorney for Plaintiff,
Edward Bowden

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD BOWDEN, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, ROSA JUNQUEIRO, in her individual and official capacity, and DOES 1 To 100, in their individual and official capacity, <br><br> Defendants. | Case No.: 2:18-cv-00396-WBS-AC <br><br> **~~PROPOSED~~ ORDER CONTINUING SCHEDULING CONFERENCE CURRENTLY SET FOR JUNE 18, 2018 AT 1:30PM** <br><br> **Date: 6/18/18** <br> **Time: 1:30pm** <br> **Courtroom 5** <br> **Judge William B. Shubb** |

## **ORDER**

The Court, having considered the Ex Parte Application of Plaintiff's counsel, Kathleen Crist, and GOOD CAUSE APPEARING THEREFORE,

///

///

IT IS HEREBY ORDERED, that the Scheduling Conference, currently set for June 18, 2018 at 1:30pm Courtroom 5, is continued to **October 9, 2018 at 1:30 p.m.** in Courtroom 5. A joint status report shall be filed no later than **September 25, 2018**.

Dated: June 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE