UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD BOWDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, ROSA JUNQUEIRO, in her individual and official capacity, and DOES 1 to 100, in their individual and official capacity,<br><br>    Defendants. | NO. 2:18-CV-396 WBS AC<br><br><br><br><br><br>ORDER RELATING CASES |
| EDWARD BOWDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, ROSA JUNQUEIRO, in her individual and official capacity, and | NO. 2:18-CV-2062 KJM CKD |

| | |
|---|---|
| 1<br>2 | DOES 1 to 100, in their individual and official capacity, |
| 3 | Defendants. |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties and the same claims.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Bowden v. State of California</u>, 2:18-CV-396 WBS AC, and <u>Bowden v. State of California</u>, 2:18-CV-2062 KJM CKD, be, and the same hereby are, deemed related.  The case denominated <u>Bowden v. State of California</u>, 2:18-CV-2062 KJM CKD, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>Bowden v. State of California</u>, 2:18-CV-2062 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

compensate for this reassignment.

Dated: September 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE