**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SAN JOAQUIN and SAN JOAQUIN COUNTY SHERIFF'S OFFICE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BOWDEN, | **2:18-cv-00396-WBS-AC** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, ROSA JUNQUEIRO, in her individual and official capacity, and DOES 1 TO 100, in their individual and official capacity, | Complaint Filed: 02/20/18 |
| Defendants. | |

Plaintiff, EDWARD BOWDEN, and Defendants COUNTY OF SAN JOAQUIN and SAN JOAQUIN COUNTY SHERIFF'S OFFICE ("Defendants")[1], by and through their undersigned counsel of record, hereby stipulate and agree to continue the Scheduling Conference currently set for October 9, 2018 to December 17, 2018 at 1:30 p.m. A joint status report shall be filed no later than December 3, 2018. Given that this action is identical to

---

[1] Defendants filed a Notice of Related Cases pursuant to Local Rule 123, but have otherwise not made any appearance in this action. Defendants have not been served with the Complaint or any other civil case documents in this matter.

{01894841.DOCX} 1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**

2:18-cv-02062-WBS-AC, Plaintiff has agreed to file a voluntary dismissal of this action and the parties will proceed with 2:18-cv-02062-WBS-AC only.

**IT IS SO STIPULATED.**

Dated: September 28, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ David R. Norton*
Carl L. Fessenden
David R. Norton
Attorneys for Defendants COUNTY OF SAN JOAQUIN and SAN JOAQUIN SHERIFF'S OFFICE

Dated: September 28, 2018  LAW OFFICE OF KATHLEEN CRIST

By  */s/ Kathleen Crist*
Kathleen Crist
Attorney for Plaintiff, EDWARD BOWDEN

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** The Scheduling Conference currently set for October 9, 2018 is continued to December 17, 2018 at 1:30 p.m.  A joint status report shall be filed no later than December 3, 2018.

Dated: September 28, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE